125 A.3d 771

**Michael BULLOCK, Petitioner**

**v.**

**COMMONWEALTH COURT OF PENNSYLVANIA and Judge(s) and/or Authority of Court Dispositions, Respondents.**

**No. 114 EM 2015.**

Supreme Court of Pennsylvania.

Nov. 13, 2015.

*ORDER*

PER CURIAM.

**AND NOW,** this 13th day of November, 2015, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus is **DENIED.**